## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CORRINE MARKOFF, individually and on behalf of all others similarly situated, )<br><br>) )<br>Plaintiff, )<br>) )<br>v. )<br>) )<br>ATHENA COSMETICS, INC., a Nevada ) corporation, )<br>) )<br>Defendant. )<br>) ) | Case No. 23-cv-16401<br><br>Hon. District Judge Andrea R. Wood |

### DEFENDANT ATHENA COSMETICS, INC.'S
### MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT
### PURSUANT TO FED. R. CIV. P. 12(b)(6)

NOW COMES Defendant Athena Cosmetics, Inc. ("Defendant" or "Athena"), by and through undersigned counsel, as and for its Motion to Dismiss the First Amended Complaint of Plaintiff Corrine Markoff ("FAC" or "Amended Complaint"). For the reasons discussed in Athena's accompanying memorandum of law, which Athena expressly incorporates herein by reference, Plaintiff's claims are impliedly preempted by the Federal Food, Drug, and Cosmetics Act ("FDCA"); she fails to plausibly allege facts to support her express or implied warranty claims; she has failed to meet the pleading requirements of Rule 8(a) with regard to purported violations of over fifty consumer protection acts; her unjust enrichment claims fail for the same reasons her consumer fraud claims fail; her claims for negligence and negligent misrepresentation are separately barred by Illinois's economic loss rule; and she has failed to plausibly allege all of the elements of her fraud claim.

**WHEREFORE**, Athena respectfully requests that the Court grant its Motion to Dismiss and enter an Order: (i) granting its motion to dismiss Counts I, II, III, IV, V, VI and VII of

SMRH:4879-2742-5965

Plaintiff's Amended Complaint pursuant to Rules 8(a) and 12(b)(6) of the Federal Rules of Civil

Procedure; (ii) dismissing Plaintiff's Amended Complaint in its entirety, with prejudice; and (iii)

awarding any further relief the Court deems appropriate and just.

Dated:  March 14, 2024                      Respectfully submitted,

By:  */s/ David M. Poell*
David M. Poell (ARDC No. 6302765)
Sheppard Mullin Richter & Hampton LLP
321 N. Clark St., 32nd Flr.
Chicago, Illinois 60654
Telephone:  (312) 499-6349
Facsimile:  (312) 499-6301
E mail: dpoell@sheppardmullin.com

Sascha Henry (Cal. State Bar No. 191914),
*Pro Hac Vice*
Khirin A. Bunker (Cal. State Bar No. 329314),
*Pro Hac Vice Application Forthcoming*
Sheppard Mullin Richter & Hampton LLP
333 S. Hope St., 43rd Flr.
Los Angeles, CA 90071-1422
Telephone: (213) 620-1780
Facsimile: (213) 620-1398
E mail: shenry@sheppardmullin.com
        kbunker@sheppardmullin.com

Robert J. Guite (Cal. State Bar No. 244590),
*Pro Hac Vice Application Forthcoming*
Abigail Miles (Cal. State Bar No. 347873),
*Pro Hac Vice Application Forthcoming*
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
E mail: rguite@sheppardmullin.com
        amiles@sheppardmullin.com

*Counsel for Defendant Athena Cosmetics, Inc*