**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CORRINE MARKOFF, individually, and on behalf of all others similarly situated, | ) ) ) ) | |
| | ) | No. 1:23-cv-16401 |
| *Plaintiff*, | ) ) | Hon. Andrea R. Wood |
| v. | ) ) ) | Magistrate Judge Jeffrey T. Gilbert |
| ATHENA COSMETICS, INC., | ) ) | |
| *Defendant*. | ) ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of July 30, 2024 (ECF 35), the Parties provide the following Joint Status Report

**(1) The current status of the case.**

Both parties have propounded and responded to document requests and interrogatories. Athena has made two productions of documents on July 29, 2024 and August 14, 2024 respectively. Plaintiff made an initial production of documents on August 23, 2024. Document discovery is ongoing and the parties are continuing to meet and confer in connection with document productions and written discovery.

**(2) The parties' views regarding prospects for settlement and whether the parties request a referral to the magistrate judge for a settlement conference.**

Plaintiff does not oppose a settlement conference before the magistrate judge, provided Defendant agrees and produces discrete data and information first, to make any such conference productive. Defendant contends a settlement conference is premature at this time.

SMRH:4864-4803-7353.1

-1-

**(3) Any other issues of concern that the parties would like to bring to the Court's attention.**

The parties do not currently have any other issues of concern.

Dated: September 30, 2024

Respectfully and jointly submitted,

| CORRINE MARKOFF, individually, and on behalf of all others similarly situated | ATHENA COSMETICS, INC. |
|---|---|
| By: */s/ David J. Stanoch*<br>One of Plaintiff's attorneys | By: */s/ Sascha Henry*<br>One of Defendant's attorneys |
| Paul T. Geske<br>McGuire Law, P.C.<br>55 W. Wacker Dr., 9th Floor<br>Chicago, IL 60601<br>Tel: 312-893-7002 ext. 4<br>pgeske@mcgpc.com | David M. Poell<br>Sheppard Mullin Richter & Hampton LLP<br>321 N. Clark St., 32nd Flr.<br>Chicago, Illinois 60654<br>Telephone: (312) 499-6349<br>dpoell@sheppardmullin.com |
| Ruben Honik (Admitted *PHV*)<br>David J. Stanoch (Admitted *PHV*)<br>Honik LLC<br>1515 Market Street, Suite 1100<br>Philadelphia, PA 19102<br>Tel: 267-435-1300<br>ruben@honiklaw.com<br>david@honiklaw.com | Sascha Henry (Admitted *PHV*)<br>Khirin A. Bunker (Admitted *PHV*)<br>Sheppard Mullin Richter & Hampton LLP<br>333 S. Hope St., 43rd Flr.<br>Los Angeles, CA 90071-1422<br>Telephone: (213) 620-1780<br>shenry@sheppardmullin.com<br>kbunker@sheppardmullin.com |
| Louiza Tarassova, Esq. (*PHV* to be filed)<br>Lou Law<br>2180 N Park Ave., Suite 208<br>Winter Park, FL  32789<br>Tel: 407-622-1885<br>louiza@mylawadvocate.com | Robert J. Guite (Admitted *PHV*)<br>Sheppard Mullin Richter & Hampton LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111-4109<br>Telephone: (415) 434-9100<br>rguite@sheppardmullin.com |

-3-

## <u>CERTIFICATE OF SERVICE</u>

On this 30th day of September, 2024, I caused a true and correct copy of the foregoing to

be filed and served upon counsel of record by operation of the Court's CM/ECF system.


*/s/ Sascha Henry*
Sascha Henry