**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CORRINE MARKOFF, individually, and on behalf of all others similarly situated, | ) ) ) ) | |
| *Plaintiff,* | ) ) | No. 1:23-cv-16401 |
| | ) | Hon. Andrea R. Wood |
| v. | ) ) | |
| | ) | Magistrate Judge Jeffrey T. Gilbert |
| ATHENA COSMETICS, INC., | ) ) | |
| *Defendant.* | ) ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of October 7, 2025 (ECF 58), the Parties provide the following Joint Status Report.

The Parties are continuing to negotiate a long-form settlement agreement, which they expect will be completed and presented for preliminary approval within the next 14 days before the Slattery Court or this Court. In order to avoid the expense of additional litigation and preserve judicial resources, the Parties respectfully request that all case deadlines be stayed for an additional 30 days to allow time for the parties to finalize and present the agreement.

Dated: November 3, 2025

Respectfully and jointly submitted,

| | |
|---|---|
| CORRINE MARKOFF, individually, and on behalf of all others similarly situated | ATHENA COSMETICS, INC. |
| By: /s/ *David Stanoch*<br>One of Plaintiff's attorneys | By: /s/ *Sascha Henry*<br>One of Defendant's attorneys |
| Paul T. Geske<br>McGuire Law, P.C.<br>55 W. Wacker Dr., 9th Floor | David M. Poell<br>Sheppard Mullin Richter & Hampton LLP<br>321 N. Clark St., 32nd Flr. |

SMRH:4905-6680-7159.1

-1-

Chicago, IL 60601
Tel: 312-893-7002 ext. 4
pgeske@mcgpc.com

Ruben Honik (Admitted *PHV*)
David J. Stanoch (Admitted *PHV*)
Honik LLC
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Tel: 267-435-1300
ruben@honiklaw.com
david@honiklaw.com

Louiza Tarassova, Esq. (*PHV* to be filed)
Lou Law
2180 N Park Ave., Suite 208
Winter Park, FL  32789
Tel: 407-622-1885
louiza@mylawadvocate.com

Chicago, Illinois 60654
Telephone: (312) 499-6349
dpoell@sheppardmullin.com

Sascha Henry (Admitted *PHV*)
Khirin A. Bunker (Admitted *PHV*)
Sheppard Mullin Richter & Hampton LLP
350 S. Grand Ave., 40th Flr.
Los Angeles, CA 90071-3460
Telephone: (213) 620-1780
shenry@sheppardmullin.com
kbunker@sheppardmullin.com

Robert J. Guite (Admitted *PHV*)
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
rguite@sheppardmullin.com

-3-

## <u>CERTIFICATE OF SERVICE</u>

On this 3rd day of November, 2025, I caused a true and correct copy of the foregoing to be filed and served upon counsel of record by operation of the Court's CM/ECF system.

*/s/ Sascha Henry*
Sascha Henry