**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| CORRINE MARKOFF, individually, and on behalf of all others similarly situated, | ) ) ) ) | |
|  | ) | No. 1:23-cv-16401 |
| *Plaintiff*, | ) ) | Hon. Andrea R. Wood |
| v. | ) ) | Magistrate Judge Jeffrey T. Gilbert |
| ATHENA COSMETICS, INC., | ) ) | |
| *Defendant*. | ) ) ) | |

**NOTICE AND STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Corrine Markoff hereby gives notice of a stipulation of dismissal of her claims against Defendant Athena Cosmetics, Inc. with prejudice, each party to bear their own fees and costs.

Dated: November 18, 2025

PLAINTIFF CORRINE MARKOFF

By: */s/ David J. Stanoch*
One of Plaintiff's attorneys

Paul T. Geske
McGuire Law, P.C.
55 W. Wacker Dr., 9th Floor
Chicago, IL 60601
Tel: 312-893-7002 ext. 4
pgeske@mcgpc.com

Ruben Honik (Admitted *PHV*)
David J. Stanoch (Admitted *PHV*)
Honik LLC

DEFENDANT ATHENA COSMETICS, INC.

By: */s/ Khirin A. Bunker (w/ permission)*
One of Defendant's attorneys

David M. Poell
Sheppard Mullin Richter & Hampton LLP
321 N. Clark St., 32nd Flr.
Chicago, Illinois 60654
Telephone: (312) 499-6349
dpoell@sheppardmullin.com

Sascha Henry (Admitted *PHV*)
Khirin A. Bunker (Admitted *PHV*)
Sheppard Mullin Richter & Hampton LLP

-2-

1515 Market Street, Suite 1100
Philadelphia, PA 19102
Tel: 267-435-1300
ruben@honiklaw.com
david@honiklaw.com

350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3460
Telephone: (213) 620-1780
shenry@sheppardmullin.com
kbunker@sheppardmullin.com

Robert J. Guite (Admitted *PHV*)
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
rguite@sheppardmullin.com

-3-

## <u>CERTIFICATE OF SERVICE</u>

On this 18th day of November, 2025, I caused a true and correct copy of the foregoing to

be filed and served upon counsel of record by operation of the Court's CM/ECF system.

*/s/ David J. Stanoch*
David J. Stanoch